**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Brownsville Division    Southern District of Texas

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Dean Gutierrez Investments, LP |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Trevinos Flour Tortilla Factory and Restaurant <br> Gutierrez Construction <br> International Investments Genral Contracting <br> Texas Meats |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 1 – 3 8 5 7 2 7 3 |

**4. Debtor's address**

**Principal place of business**

54 Boca Chica Blvd
Number      Street

_____

Brownsville, TX 78520
City                              State      ZIP Code

Cameron
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | _____ |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Dean Gutierrez Investments, LP
        Name                                                                        Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  2   3   6   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                       MM / DD / YYYY

        Case number, if known _____

Debtor    <u>Dean Gutierrez Investments, LP</u>                        Case number *(if known)* _____
<br>         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

        Number      Street

 

_____
<br>City                    State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

              Contact name    _____

              Phone           _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion

☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000       ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million       ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/03/2023
               MM/ DD/ YYYY

X /s/ Melissa Gutierrez _____    Melissa Gutierrez
Signature of authorized representative of debtor    Printed name

Title    General Partner, Dean Gutierrez Investments, LP

**18. Signature of attorney**

X _____    Date   07/03/2023
   /s/ Antonio Martinez, Jr.           MM/ DD/ YYYY
Signature of attorney for debtor

Antonio Martinez, Jr.
Printed name

Law Office of Antonio Martinez, Jr., P.C.
Firm name

515 West Nolana B
Number    Street

McAllen                    TX        78504
City                       State     ZIP Code

(956) 789-5393             martinez.tony.jr@gmail.com
Contact phone             Email address

24007607                  TX
Bar number                State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

    a. Total assets                                             $585,613.00

    b. Total debts (including debts listed in 2.c., below)             $641,291.85

    c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

    d. Number of shares of preferred stock

    e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business            Real Estate and Business Investing

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas
Brownsville Division

**In re**    Dean Gutierrez Investments, LP

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................................    $50,000.00

Prior to the filing of this statement I have received ...........................................................................    $0.00

Balance Due ...................................................................................................................................    $50,000.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 07/03/2023 | /s/ Antonio Martinez, Jr. |
| *Date* | Antonio Martinez, Jr. |
| | *Signature of Attorney* |

Bar Number: 24007607
Law Office of Antonio Martinez, Jr., P.C.
515 West Nolana B
McAllen, TX 78504
Phone: (956) 683-1090

Law Office of Antonio Martinez, Jr., P.C.
*Name of law firm*

---

Bakemark
4701 Valley Industrial Blvd S
Shakopee, MN 55379-1894


CINTAS
700 Dawson Rd
Mercedes, TX 78570-4339


Laura Kupish
551 North Williams RD C
San Benito, TX 78586


Law Office of Antonio
Martinez, Jr., P.C.
515 West Nolana B
McAllen, TX 78504


Leonardo Perez
7797 Gastin Drive
Brownsville, TX 78521


Mantis Financial


Montanaro Investments
134 E Price Rd D1
Brownsville, TX 78521-3528


Performance Food Group, Inc.
204 N Brownson St
Victoria, TX 77901-8535

RRB Solutions
c/o Investor Loan Services, Inc.
P.O. Box 1064
San Benito, TX 78586


Texas Workforce Commission
Office of the Attorney General-Bankruptcy
& Collections
Po Box 12548
Austin, TX 78711-2548

Unidos Food LLC
240 W. St. Francis
Brownsville, TX 78521

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: Dean Gutierrez Investments, LP

CASE NO

CHAPTER 11

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 07/03/2023 _____    Signature _____ /s/ Melissa Gutierrez _____

Melissa Gutierrez, General Partner, Dean Gutierrez Investments, LP

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**

**2022**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)

Check only one box.   If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| DEAN | GUTIERREZ | ████████9 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| MELISA | GUTIERREZ | ████████9 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

2610 ROSALEE AVE

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

BROWNSVILLE   TX   78521

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1958 ☐ Are blind   Spouse: ☐ Was born before January 2, 1958 ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |

If more than four dependents, see instructions and check here ☐

| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | |
| 2a | Tax-exempt interest 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions 4a | b Taxable amount | 4b | 32454 |
| 5a | Pensions and annuities 5a | b Taxable amount | 5b | |
| 6a | Social security benefits 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |

**Standard Deduction for—**
• Single or Married filing separately, $12,950
• Married filing jointly or Qualifying surviving spouse, $25,900
• Head of household, $19,400
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 8 | Other income from Schedule 1, line 10 | 8 | 187664 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 220118 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 10821 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 209297 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 25900 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 28469 |
| 14 | Add lines 12 and 13 | 14 | 54369 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 154928 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2022)

QNA

GUTIERREZ
Form 1040 (2022)                                                                          29                    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ | | 16 | 25318 |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 25318 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 25318 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 24886 |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 50204 |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | | |
| | b | Form(s) 1099 | 25b | 656 | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 656 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 656 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | |
| Direct deposit? See instructions. | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | |
| | b | Routing number X X X X X X X X X **c** Type: ☐ Checking ☐ Savings | | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | 49548 |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. ☐ **No** | |
|---|---|---|---|
| | Designee's name FRANK NERI | Phone no. 956-831-7775 | Personal identification number (PIN) 1 0 5 6 4 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | Date 7/1/23 | Your occupation SELF EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. *Melissa Gutierrez* | Date 7/1/23 | Spouse's occupation SELF EMPLOYED | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no. (956) 345-9939    Email address

| **Paid Preparer Use Only** | Preparer's name FRANK NERI | Preparer's signature | Date 06/27/23 | PTIN P01240564 | Check if: ☒ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  NERI INCOME TAX | | | Phone no. 956-831-7775 | |
| | Firm's address  4870 MICHELLE DR BROWNSVILLE TX 78526 | | | Firm's EIN  74-2090628 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                   Form **1040** (2022)

QNA

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
DEAN & MELISA GUTIERREZ

Your social security number
29

## Part I    Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | 153164 |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | |
| 8 | Other income: | | |
| a | Net operating loss | **8a** ( ) | |
| b | Gambling | **8b** | |
| c | Cancellation of debt | **8c** | |
| d | Foreign earned income exclusion from Form 2555 | **8d** ( ) | |
| e | Income from Form 8853 | **8e** | |
| f | Income from Form 8889 | **8f** | |
| g | Alaska Permanent Fund dividends | **8g** | |
| h | Jury duty pay | **8h** | |
| i | Prizes and awards | **8i** | |
| j | Activity not engaged in for profit income | **8j** | |
| k | Stock options | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | |
| n | Section 951(a) inclusion (see instructions) | **8n** | |
| o | Section 951A(a) inclusion (see instructions) | **8o** | |
| p | Section 461(l) excess business loss adjustment | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | **8t** | |
| u | Wages earned while incarcerated | **8u** | |
| z | Other income. List type and amount: FORCLOSE PROPERTY BANK SERVICE | **8z** 34500 | |
| 9 | Total other income. Add lines 8a through 8z | **9** | 34500 |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | 187664 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2022

QNA

DEAN & MELISA GUTIERREZ

Schedule 1 (Form 1040) 2022 ▪▪▪▪▪▪▪▪29            **Page 2**

## Part II   Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . | **15** | 10821 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | **16** | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . | **17** | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . | **18** | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . | **19a** | |
| b | Recipient's SSN . . . . . . . . . . . . . . . _____ | | |
| c | Date of original divorce or separation agreement (see instructions): _____ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . | **24a** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . | **24k** | |
| z | Other adjustments. List type and amount: _____ _____ | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . | **26** | 10821 |

QNA                                                   Schedule 1 (Form 1040) 2022

| SCHEDULE 2 (Form 1040) | **Additional Taxes** | OMB No. 1545-0074 |
|---|---|---|

**Additional Taxes**

Attach to Form 1040, 1040-SR, or 1040-NR.

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2022**

Attachment
Sequence No. **02**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| DEAN & MELISA GUTIERREZ | ⬛⬛⬛29 |

## Part I   Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | **3** | |

## Part II   Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . | | **4** | 21641 |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . | **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . . ☐ | | **8** | 3245 |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . | | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . | | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . | | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . | | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . | | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . | | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . | | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . | | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

QNA

Schedule 2 (Form 1040) 2022

DEAN & MELISA GUTIERREZ

Schedule 2 (Form 1040) 2022

〜〜〜529

Page **2**

## Part II   Other Taxes *(continued)*

| | | |
|---|---|---|
| **17** | Other additional taxes: | |
| **a** | Recapture of other credits. List type, form number, and amount: _____ | **17a** |
| **b** | Recapture of federal mortgage subsidy, if you sold your home see instructions . . . . . . . . . . . | **17b** |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . . . | **17c** |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . | **17d** |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e** |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . | **17f** |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . | **17g** |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . | **17h** |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . | **17i** |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . | **17j** |
| **k** | Golden parachute payments . . . . . . . . . . . | **17k** |
| **l** | Tax on accumulation distribution of trusts . . . . . . . | **17l** |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . | **17m** |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . | **17n** |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . | **17o** |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . | **17p** |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . | **17q** |
| **z** | Any other taxes. List type and amount: _____ | **17z** |
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . | **18** |
| **19** | Reserved for future use . . . . . . . . . . . . . . . . . | **19** |
| **20** | Section 965 net tax liability installment from Form 965-A . . . | **20** |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . | **21** |

24886

QNA

Schedule 2 (Form 1040) 2022

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2022** |
| Department of the Treasury<br>Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | Attachment<br>Sequence No. 09 |

Name of proprietor                                                                        Link:3

MELISA GUTIERREZ

Social security number (SSN)    ▓▓-▓▓-▓▓19

**A** Principal business or profession, including product or service (see instructions)

INVESTMENT COMPANY

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.

MELLISSA GUTIERREZ

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▸ 2610 ROSALEE AVE

City, town or post office, state, and ZIP code   BROWNSVILLE TX 78521

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▸

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . . . . . . . ▸ ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I** **Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▸ ☐ | **1** | 8800 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 8800 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . | **5** | 8800 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▸ | **7** | 8800 |

**Part II** **Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . | **8** | | 18 | Office expense (see instructions) . | **18** | 250 |
| 9 | Car and truck expenses (see instructions) . . . | **9** | | 19 | Pension and profit-sharing plans . | **19** | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | **10** | | a | Vehicles, machinery, and equipment | **20a** | |
| 11 | Contract labor (see instructions) | **11** | | b | Other business property . . . | **20b** | |
| 12 | Depletion . . . . . | **12** | | 21 | Repairs and maintenance . . . | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | **13** | | 22 | Supplies (not included in Part III) . | **22** | |
| | | | | 23 | Taxes and licenses . . . . | **23** | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | **14** | | a | Travel . . . . . . . . | **24a** | |
| 15 | Insurance (other than health) | **15** | | b | Deductible meals (see instructions) . . . . . . | **24b** | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | **25** | 360 |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) . | **26** | |
| b | Other . . . . . . | **16b** | | 27a | Other expenses (from line 48) . . | **27a** | |
| 17 | Legal and professional services | **17** | 100 | b | **Reserved for future use** . . | **27b** | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . ▸ | **28** | 710 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | **29** | 8090 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 8090 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☐ All investment is at risk.<br>**32b** ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.                 Schedule C (Form 1040) 2022

QNA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

**Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.**

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor DEAN GUTIERREZ    Link:4 | Social security number (SSN) [ ] [ ] 9 |

| | |
|---|---|
| **A** Principal business or profession, including product or service (see instructions) RESTAURANT | **B** Enter code from instructions |

| | |
|---|---|
| **C** Business name. If no separate business name, leave blank. TREVINOS RESTAURANT | **D** Employer ID number (EIN) (see instr.) 8 1 3 8 5 7 2 7 3 |

**E** Business address (including suite or room no.) 54 BOCACHICA BLVD

City, town or post office, state, and ZIP code   BROWNSVILLE TX 78520

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . . ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I   Income

| | | |
|---|---|---:|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ☐ **1** | 557750 |
| **2** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . **3** | 557750 |
| **4** | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . **4** | 255134 |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . **5** | 302616 |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . **6** | |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ **7** | 302616 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| **8** | Advertising . . . . . | **8** | | **18** | Office expense (see instructions) . | **18** | 1973 |
| **9** | Car and truck expenses (see instructions) . . . | **9** | 6607 | **19** | Pension and profit-sharing plans . | **19** | |
| **10** | Commissions and fees . | **10** | | **20** | Rent or lease (see instructions): | | |
| **11** | Contract labor (see instructions) | **11** | 18203 | **a** | Vehicles, machinery, and equipment | **20a** | 2171 |
| **12** | Depletion . . . . . | **12** | | **b** | Other business property . . . | **20b** | |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | **13** | | **21** | Repairs and maintenance . . . | **21** | 33922 |
| | | | | **22** | Supplies (not included in Part III) . | **22** | |
| | | | | **23** | Taxes and licenses . . . . . | **23** | 34114 |
| **14** | Employee benefit programs (other than on line 19) . | **14** | | **24** | Travel and meals: | | |
| | | | | **a** | Travel . . . . . . . . | **24a** | |
| **15** | Insurance (other than health) | **15** | 1341 | **b** | Deductible meals (see instructions) . . . . | **24b** | 1222 |
| **16** | Interest (see instructions): | | | **25** | Utilities . . . . . . . | **25** | 34680 |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **26** | Wages (less employment credits) . | **26** | |
| **b** | Other . . . . . | **16b** | | **27a** | Other expenses (from line 48) . . | **27a** | 23059 |
| **17** | Legal and professional services | **17** | 250 | **b** | Reserved for future use . . . | **27b** | |

| | | | | |
|---|---|---|---:|
| **28** | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | **28** | 157542 |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . | **29** | 145074 |
| **30** | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **31** | 145074 |
| | • If a loss, you **must** go to line 32. | | |
| **32** | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**

**32a** ☐ All investment is at risk.
**32b** ☐ Some investment is not at risk.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**For Paperwork Reduction Act Notice, see the separate instructions.**

Schedule C (Form 1040) 2022

QNA

DEAN GUTIERREZ

Link:4

Schedule C (Form 1040) 2022

Page **2**

## Part III  Cost of Goods Sold (see instructions)

| 33 | Method(s) used to value closing inventory: | **a** ☒ Cost | **b** ☐ Lower of cost or market | **c** ☐ Other (attach explanation) |
|---|---|---|---|---|

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | 500 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . | 37 | 81819 |
| 38 | Materials and supplies . . . . . . . | 38 | 13096 |
| 39 | Other costs . . . . | 39 | 160219 |
| 40 | Add lines 35 through 39 . . . . . | 40 | 255634 |
| 41 | Inventory at end of year . . . . | 41 | 500 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 | 255134 |

## Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  01 / 01 /2022

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

**a** Business   10920   **b** Commuting (see instructions)   1820   **c** Other   2150

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| JANITORIAL EXPENSE | 3902 |
| MISC EXPENSE | 5415 |
| UNIFORMS | 285 |
| BANK FEES | 9004 |
| SMALL RESTAURANT EQUIPMENT | 4453 |
| | |
| | |
| | |
| | |
| **48**  **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . **48** | 23059 |

QNA

Schedule C (Form 1040) 2022

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.

Attach to Form 1040, 1040-SR, or 1040-NR.

OMB No. 1545-0074

2022

Attachment
Sequence No. 17

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

MELISA GUTIERREZ

Social security number of person
with **self-employment** income

▓▓▓▓▓19

**Part I**  **Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

A   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had
$400 or more of **other** net earnings from self-employment, check here and continue with Part I   .   .   .   .   .   .   .   ▢

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** ( | ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 8090 |
| **3** | Combine lines 1a, 1b, and 2   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **3** | 8090 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3   . | **4a** | 7471 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here   .   .   .   . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue   .   .   .   .   .   .   . | **4c** | 7471 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income   .   .   .   .   .   .   .   .   . | **5a** | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-   .   .   .   .   .   .   .   .   .   . | **5b** | |
| **6** | Add lines 4c and 5b   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **6** | 7471 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2022   .   .   .   .   .   .   .   .   .   . | **7** | 147,000 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $147,000 or more, skip lines 8b through 10, and go to line 11   .   .   .   .   .   .   . | **8a** | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10   .   .   . | **8b** | |
| **c** | Wages subject to social security tax from Form 8919, line 10   .   .   .   .   . | **8c** | |
| **d** | Add lines 8a, 8b, and 8c   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11   .   .   . | **9** | 147000 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124)   .   .   .   .   .   .   .   .   .   .   .   . | **10** | 926 |
| **11** | Multiply line 6 by 2.9% (0.029)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **11** | 217 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**   .   . | **12** | 1143 |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**   .   .   .   .   .   .   .   . | **13** | 572 | |

**Part II**  **Optional Methods To Figure Net Earnings** (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than
$9,060, **or (b)** your net farm profits[2] were less than $6,540.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **14** | 6,040 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $6,040. Also, include this amount on line 4b above   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,540
and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment
of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule SE (Form 1040) 2022

QNA

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
Attach to Form 1040, 1040-SR, or 1040-NR.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

DEAN GUTIERREZ

Social security number of person
with **self-employment** income ▶ ‗‗‗‗‗‗9

## Part I — Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( ) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | |
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 145074 |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . | **3** | 145074 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 133976 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . | **4c** | 133976 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . | **5b** | |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . | **6** | 133976 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2022 . . . . . . . . | **7** | 147,000 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $147,000 or more, skip lines 8b through 10, and go to line 11 . . . . . **8a** | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . **8c** | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . ▶ | **9** | 147000 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . | **10** | 16613 |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . | **11** | 3885 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4 . . | **12** | 20498 |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 15 . . . . . . . . . . **13** | 10249 | |

## Part II — Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method only if **(a)** your gross farm income[1] wasn't more than $9,060, **or (b)** your net farm profits[2] were less than $6,540.

| | | | |
|---|---|---|---:|
| **14** | Maximum income for optional methods . . . . . . . . . . . . . . . . | **14** | 6,040 |
| **15** | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $6,040. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method only if **(a)** your net nonfarm profits[3] were less than $6,540 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---:|
| **16** | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**For Paperwork Reduction Act Notice, see your tax return instructions.**
Schedule SE (Form 1040) 2022

QNA

| Form **5329** | **Additional Taxes on Qualified Plans**<br>**(Including IRAs) and Other Tax-Favored Accounts**<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form5329* for instructions and the latest information. | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | **20 22**<br>Attachment<br>Sequence No. **29** |

| Name of individual subject to additional tax. If married filing jointly, see instructions. | Your social security number |
|---|---|
| DEAN GUTIERREZ | ████████ 9 |

| **Fill in Your Address Only if You Are Filing This Form by Itself and Not With Your Tax Return** | Home address (number and street), or P.O. box if mail is not delivered to your home | | Apt. no. |
|---|---|---|---|
| | City, town or post office, state, and ZIP code. If you have a foreign address, also complete the spaces below. See instructions. | | If this is an amended return, check here ☐ |
| | Foreign country name | Foreign province/state/county | Foreign postal code |

If you **only** owe the additional 10% tax on the full amount of the early distributions, you may be able to report this tax directly on Schedule 2 (Form 1040), line 8, without filing Form 5329. See instructions.

**Part I** **Additional Tax on Early Distributions.** Complete this part if you took a taxable distribution (other than a qualified disaster distribution) before you reached age 59½ from a qualified retirement plan (including an IRA) or modified endowment contract (unless you are reporting this tax directly on Schedule 2 (Form 1040)—see above). You may also have to complete this part to indicate that you qualify for an exception to the additional tax on early distributions or for certain Roth IRA distributions. See instructions.

| | | | |
|---|---|---|---|
| 1 | Early distributions includible in income (see instructions). For Roth IRA distributions, see instructions . | **1** | 32454 |
| 2 | Early distributions included on line 1 that are not subject to the additional tax (see instructions). Enter the appropriate exception number from the instructions: _____ . . . . . . . | **2** | |
| 3 | Amount subject to additional tax. Subtract line 2 from line 1 . . . . . . . . . . . | **3** | 32454 |
| 4 | **Additional tax.** Enter 10% (0.10) of line 3. Include this amount on Schedule 2 (Form 1040), line 8 . . | **4** | 3245 |
| | **Caution:** If any part of the amount on line 3 was a distribution from a SIMPLE IRA, you may have to include 25% of that amount on line 4 instead of 10%. See instructions. | | |

**Part II** **Additional Tax on Certain Distributions From Education Accounts and ABLE Accounts.** Complete this part if you included an amount in income, on Schedule 1 (Form 1040), line 8z, from a Coverdell education savings account (ESA) or a qualified tuition program (QTP), or on Schedule 1 (Form 1040), line 8q, from an ABLE account.

| | | | |
|---|---|---|---|
| 5 | Distributions included in income from a Coverdell ESA, a QTP, or an ABLE account . . . . . . | **5** | |
| 6 | Distributions included on line 5 that are not subject to the additional tax (see instructions) . . . . | **6** | |
| 7 | Amount subject to additional tax. Subtract line 6 from line 5 . . . . . . . . . . . | **7** | |
| 8 | **Additional tax.** Enter 10% (0.10) of line 7. Include this amount on Schedule 2 (Form 1040), line 8 . . | **8** | |

**Part III** **Additional Tax on Excess Contributions to Traditional IRAs.** Complete this part if you contributed more to your traditional IRAs for 2022 than is allowable or you had an amount on line 17 of your 2021 Form 5329.

| | | | | |
|---|---|---|---|---|
| 9 | Enter your excess contributions from line 16 of your 2021 Form 5329. See instructions. If zero, go to line 15 | | **9** | |
| 10 | If your traditional IRA contributions for 2022 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- . . . . . . | **10** | | |
| 11 | 2022 traditional IRA distributions included in income (see instructions) . . . | **11** | | |
| 12 | 2022 distributions of prior year excess contributions (see instructions) . . . | **12** | | |
| 13 | Add lines 10, 11, and 12 . . . . . . . . . . . . . . . . . | | **13** | |
| 14 | Prior year excess contributions. Subtract line 13 from line 9. If zero or less, enter -0- . . . . | | **14** | |
| 15 | Excess contributions for 2022 (see instructions) . . . . . . . . . . . | | **15** | |
| 16 | Total excess contributions. Add lines 14 and 15 . . . . . . . . . . . | | **16** | |
| 17 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 16 **or** the value of your traditional IRAs on December 31, 2022 (including 2022 contributions made in 2023). Include this amount on Schedule 2 (Form 1040), line 8 | | **17** | |

**Part IV** **Additional Tax on Excess Contributions to Roth IRAs.** Complete this part if you contributed more to your Roth IRAs for 2022 than is allowable or you had an amount on line 25 of your 2021 Form 5329.

| | | | | |
|---|---|---|---|---|
| 18 | Enter your excess contributions from line 24 of your 2021 Form 5329. See instructions. If zero, go to line 23 | | **18** | |
| 19 | If your Roth IRA contributions for 2022 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- . . . . . . | **19** | | |
| 20 | 2022 distributions from your Roth IRAs (see instructions) . . . . . . . | **20** | | |
| 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . | | **21** | |
| 22 | Prior year excess contributions. Subtract line 21 from line 18. If zero or less, enter -0- . . . | | **22** | |
| 23 | Excess contributions for 2022 (see instructions) . . . . . . . . . . . | | **23** | |
| 24 | Total excess contributions. Add lines 22 and 23 . . . . . . . . . . . | | **24** | |
| 25 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 24 **or** the value of your Roth IRAs on December 31, 2022 (including 2022 contributions made in 2023). Include this amount on Schedule 2 (Form 1040), line 8 | | **25** | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.　　　　　　Form **5329** (2022)

QNA

DEAN GUTIERREZ

Form 5329 (2022)

9

Page **2**

| Part V | **Additional Tax on Excess Contributions to Coverdell ESAs.** Complete this part if the contributions to your Coverdell ESAs for 2022 were more than is allowable or you had an amount on line 33 of your 2021 Form 5329. |
|---|---|

| | | | | |
|---|---|---|---|---|
| 26 | Enter the excess contributions from line 32 of your 2021 Form 5329. See instructions. If zero, go to line 31 | | 26 | |
| 27 | If the contributions to your Coverdell ESAs for 2022 were less than the maximum allowable contribution, see instructions. Otherwise, enter -0- | 27 | | |
| 28 | 2022 distributions from your Coverdell ESAs (see instructions) | 28 | | |
| 29 | Add lines 27 and 28 | | 29 | |
| 30 | Prior year excess contributions. Subtract line 29 from line 26. If zero or less, enter -0- | | 30 | |
| 31 | Excess contributions for 2022 (see instructions) | | 31 | |
| 32 | Total excess contributions. Add lines 30 and 31 | | 32 | |
| 33 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 32 **or** the value of your Coverdell ESAs on December 31, 2022 (including 2022 contributions made in 2023). Include this amount on Schedule 2 (Form 1040), line 8 | | 33 | |

| Part VI | **Additional Tax on Excess Contributions to Archer MSAs.** Complete this part if you or your employer contributed more to your Archer MSAs for 2022 than is allowable or you had an amount on line 41 of your 2021 Form 5329. |
|---|---|

| | | | | |
|---|---|---|---|---|
| 34 | Enter the excess contributions from line 40 of your 2021 Form 5329. See instructions. If zero, go to line 39 | | 34 | |
| 35 | If the contributions to your Archer MSAs for 2022 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- | 35 | | |
| 36 | 2022 distributions from your Archer MSAs from Form 8853, line 8 | 36 | | |
| 37 | Add lines 35 and 36 | | 37 | |
| 38 | Prior year excess contributions. Subtract line 37 from line 34. If zero or less, enter -0- | | 38 | |
| 39 | Excess contributions for 2022 (see instructions) | | 39 | |
| 40 | Total excess contributions. Add lines 38 and 39 | | 40 | |
| 41 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 40 **or** the value of your Archer MSAs on December 31, 2022 (including 2022 contributions made in 2023). Include this amount on Schedule 2 (Form 1040), line 8 | | 41 | |

| Part VII | **Additional Tax on Excess Contributions to Health Savings Accounts (HSAs).** Complete this part if you, someone on your behalf, or your employer contributed more to your HSAs for 2022 than is allowable or you had an amount on line 49 of your 2021 Form 5329. |
|---|---|

| | | | | |
|---|---|---|---|---|
| 42 | Enter the excess contributions from line 48 of your 2021 Form 5329. If zero, go to line 47 | | 42 | |
| 43 | If the contributions to your HSAs for 2022 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- | 43 | | |
| 44 | 2022 distributions from your HSAs from Form 8889, line 16 | 44 | | |
| 45 | Add lines 43 and 44 | | 45 | |
| 46 | Prior year excess contributions. Subtract line 45 from line 42. If zero or less, enter -0- | | 46 | |
| 47 | Excess contributions for 2022 (see instructions) | | 47 | |
| 48 | Total excess contributions. Add lines 46 and 47 | | 48 | |
| 49 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 48 **or** the value of your HSAs on December 31, 2022 (including 2022 contributions made in 2023). Include this amount on Schedule 2 (Form 1040), line 8 | | 49 | |

| Part VIII | **Additional Tax on Excess Contributions to an ABLE Account.** Complete this part if contributions to your ABLE account for 2022 were more than is allowable. |
|---|---|

| | | | |
|---|---|---|---|
| 50 | Excess contributions for 2022 (see instructions) | 50 | |
| 51 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 50 **or** the value of your ABLE account on December 31, 2022. Include this amount on Schedule 2 (Form 1040), line 8 | 51 | |

| Part IX | **Additional Tax on Excess Accumulation in Qualified Retirement Plans (Including IRAs).** Complete this part if you did not receive the minimum required distribution from your qualified retirement plan. |
|---|---|

| | | | |
|---|---|---|---|
| 52 | Minimum required distribution for 2022 (see instructions) | 52 | |
| 53 | Amount actually distributed to you in 2022 | 53 | |
| 54 | Subtract line 53 from line 52. If zero or less, enter -0- | 54 | |
| 55 | **Additional tax.** Enter 50% (0.50) of line 54. Include this amount on Schedule 2 (Form 1040), line 8 | 55 | |

**Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

QNA

Form **5329** (2022)